**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Group, LLC

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GUARDADO | Case No.: 5:16-cv-01789-JVS-KK |
| Plaintiff, | **STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION** |
| v. | |
| ONEMAIN FINANCIAL GROUP LLC, DOES 1-50, | Honorable James V. Selna |
| Defendant. | |

Plaintiff Eric Guardado ("Plaintiff") and Defendant OneMain Financial Group, LLC ("Defendant"), through their counsel of record, hereby stipulate as follows:

1.     On or about July 19, 2016, Plaintiff filed a Complaint in the Superior Court of the State of California, County of San Bernardino, entitled *Eric Guardado v. OneMain Financial Group LLC*, Case Number CIVDS1611742.  The Complaint asserts three causes of action against Defendant: (1) violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. 227, *et seq.*; (2) violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code §1788 *et seq.*; and (3) violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

2.     Subsequently, on August 19, 2016, Defendant removed the Complaint to the United States District Court for the Central District of California, Case No. 5:16-cv-01789-JVS-KK.

3.     Plaintiff and Defendant previously entered into a valid agreement ("Arbitration Agreement") to arbitrate all disputes.  Pursuant to the Arbitration Agreement, Plaintiff and Defendant hereby stipulate that the entire action is subject to binding arbitration before JAMS as set forth in the Arbitration Agreement.  The Parties also stipulate to stay the action in its entirety pending completion of the arbitration.

*[signatures on following page]*

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**IT IS SO STIPULATED.**


DATED:  September 23, 2016

LAW OFFICES OF TODD M. FRIEDMAN, P.C.


By   /s/ Adrian R. Bacon<br>Todd M. Friedman<br>Adrian R. Bacon<br>Attorneys for Plaintiff<br>Eric Guardado


DATED:  September 23, 2016

YU | MOHANDESI LLP


By   /s/ Brett B. Goodman<br>Brett B. Goodman<br>Attorneys for Defendant<br>OneMain Financial Group, LLC


**SIGNATURE CERTIFICATION PURSUANT TO L.R. 5-4.3.4(2)(i)**

I have obtained authorization from the above signatories to file the above-referenced document, and the above signatories concur in the filing's content.

DATED:  September 23, 2016

YU | MOHANDESI LLP


By   /s/ Brett B. Goodman<br>Brett B. Goodman<br>Attorneys for Defendant<br>OneMain Financial Group, LLC

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

STIPULATION

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2016, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

DATED:  September 23, 2016

By  _/s/ Brett B. Goodman_
Brett B. Goodman

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

CERTIFICATE OF SERVICE